**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**TIFFANY PATRICK**                                                                     **PLAINTIFF**

**V.**                                           **CIVIL ACTION NO.: 3:20-cv-725-DCB-JCG**

**VANTEC HITACHI TRANSPORT SYSTEM (USA), INC.;
TIMOTHY MATT PEUSCH, individually
and in his official capacity, and
JOHN DOES 1-10**                                                          **DEFENDANTS**

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff, Tiffany Patrick, and Defendant, Vantec Hitachi Transport System (USA), Inc, advise the Court that they have resolved their disputes amicably and wish to dismiss this suit with prejudice. The Parties move the Court by *ore tenus* motion for an Order dismissing this case with prejudice.

IT IS HEREBY ORDERED that this matter is hereby dismissed with prejudice, each party to bear her or its own costs.

SO ORDERED, this, the  7th  day of  June , 2021.

                                                                           s/David Bramlette
                                                                           HONORABLE DAVID BRAMLETTE

JBH02 4844-6935-7546
2918140-000517

AGREED:

*/s D. Sterling Kidd*
D. Sterling Kidd (MB #103673)
skidd@bakerdonelson.com
Juan B. Hernandez (MB #104787)
jhernandez@bakerdonelson.com
BAKER, DONELSON, BEARMAN
CALDWELL & BERKOWITZ, PC
One Eastover Center
100 Vision Drive, Suite 400
Jackson, Mississippi 39211
Telephone:  (601) 351-2400
Facsimile:  (601) 351-2424
*Counsel for Defendant*


*/s LaToya T. Jeter*
LaToya T. Jeter (MB #102213)
BROWN BASS & JETER, PLLC
Post Office Box 22969
Jackson, Mississippi 39225
Telephone: (601) 487-8448
Facsimile: (601) 510-9934
Jeter@bbjlawyers.com

*Counsel for Plaintiff Tiffany Patrick*

JBH02 4844-6935-7546
2918140-000517